**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1726**

---

JAMES ADEYEMI,

        Plaintiff - Appellant,

     v.

AMAZON.COM SERVICES, LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:21-cv-02488-GLR)

---

Submitted:  November 16, 2023           Decided:  November 21, 2023

---

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Adeyemi, Appellant Pro Se.  Gilda Bethany Ingle, Laura Ann Saracina, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Adeyemi seeks to appeal the district court's order referring his case to a magistrate judge for resolution of certain discovery disputes in Adeyemi's action alleging disability discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Adeyemi seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*